DISTRICT OF OREGON, ss:     AFFIDAVIT OF TRAVIS VAS     3:25-mj-00288

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Travis Vas, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am employed as a Special Agent with the Federal Protective Service (FPS), assigned to the Region 6 Investigations Branch in Saint Louis, Missouri. I have been an Agent with the FPS since April 2013. As part of my daily duties as an FPS Special Agent, I investigate general crimes. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in September 2013. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for ALEXANDER JAY BOYCE for Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). As set forth below, I have probable cause to believe that ALEXANDER JAY BOYCE committed the crime of felony Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in

**Affidavit of Travis Vas**

support of the application for a complaint and an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Laws

4.  18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years. Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment. The statute does not define "bodily injury" however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

### June 2025: Protests at the Portland ICE Building

5.  Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 South Macadam Ave in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they

will find the target of the harassment. Many of these individuals dress in all black clothing, commonly referred to as "black bloc." Black bloc can prevent identification of individual actors by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

6. On October 5, 2025, at approximately 8:40 PM, there were approximately 50- individuals on the north side of the ICE facility along South Bancroft Street. Department of Homeland Security law enforcement personnel deployed outside the gates of the ICE facility, into South Bancroft Street, to set up a physical perimeter for official vehicles to enter/leave the facility. Prior to law enforcement personnel leaving the ICE facility, a long-range-acoustic device (LRAD) warning was given by FPS for individuals to stay off Federal property and clear the vehicle entrance of the ICE facility.

7. Victim (V), a United States Customs and Border Protection Agent, began to physically clear individuals toward South Bancroft Street and to the eastern perimeter of the ICE vehicle entrance. V stood in a static formation, on a public sidewalk, a few feet from Federal property, but just short of South Bancroft Street. An individual, later identified as ALEXANDER JAY BOYCE, was standing in front of V. ALEXANDER JAY BOYCE allegedly shouted multiple times in V's face to "move back" or "get out of my city". ALEXANDER JAY BOYCE suddenly moved their head in a forward motion and spit their self-produced saliva at V which impacted V's head. V immediately grabbed ALEXANDER JAY BOYCE, guided

ALEXANDER JAY BOYCE to the ground, and multiple law enforcement officers placed ALEXANDER JAY BOYCE into custody.

8. On October 5, 2025, I reviewed Video Surveillance System (VSS) footage and AXON body-worn camera footage of the incident. ICE facility Camera C1-E19 - Front of Gate House, C1-E15 - North Building, and AXON body-worn camera D01A3584X captures footage of the assault on V. Below are screenshots of the surveillance.



ALEXANDER JAY BOYCE standing in front of V.

**Affidavit of Travis Vas**                                                                 **Page 4**



ALEXANDER JAY BOYCE in crowd in front of V.

**Affidavit of Travis Vas**                                                                                                    **Page 5**



ALEXANDER JAY BOYCE yelling at V.



ALEXANDER JAY BOYCE spitting on V.

**Affidavit of Travis Vas** Page 7



ALEXANDER JAY BOYCE spitting on V.

**Affidavit of Travis Vas**                                                                                         **Page 8**



ALEXANDER JAY BOYCE taken into custody.

**Affidavit of Travis Vas**                                                                                          **Page 9**



V with spit on their helmet. From my review of the footage, it is clear that ALEXANDER JAY BOYCE intentionally spit towards a uniformed officer.

9. On October 5, 2025, at about 10:20 PM, FPS agents interviewed V. V told the agents, his team and him deployed from the Portland ICE facility at 4310 South Macadam Avenue to clear the vehicle entrance in front of the ICE facility. While standing online in a formation near the ICE facility vehicle entrance, multiple individuals stood across from V and yelled at V words to the effect "get the fuck out of our city" or "move back". V gave verbal commands to the crowd to "get back." One of those individuals that was yelling and standing directly in front of V was ALEXANDER JAY BOYCE. ALEXANDER JAY BOYCE was

yelling "what the fuck are you gonna do", mocking V'S commands to "move back", had his fists clinched at one time, had "tunnel" vision toward V, and was described by V as being agitated. V locked eyes with ALEXANDER JAY BOYCE, heard ALEXANDER JAY BOYCE say again "what are you gonna fucking do", and witnessed ALEXANDER JAY BOYCE lean back and spit into V'S facial area. V responded by immediately grabbing ALEXANDER JAY BOYCE, escorting ALEXANDER JAY BOYCE to the ground, and ALEXANDER JAY BOYCE was taken into custody by multiple law enforcement officers for assault.

10. On October 5, 2025, at about 12:30 AM, FPS and FBI agents conducted a custodial interview of ALEXANDER JAY BOYCE. ALEXANDER JAY BOYCE was read aloud ICE Statement of Rights Form 73-025 (7/13), and ALEXANDER JAY BOYCE chose to speak to the agents without a lawyer present. ALEXANDER JAY BOYCE confirmed walking to the protest by himself from his house. ALEXANDER JAY BOYCE stated he came to the ICE facility to show support and be a part of the protest against unnecessary forces in his city. ALEXANDER JAY BOYCE admitted to standing in front of three law enforcement officers and being aggressive in his language by yelling things like "fuck you bitch" and "get out of my city bitch". ALEXANDER JAY BOYCE was asked if he knew why he was arrested. ALEXANDER JAY BOYCE responded, "I was yelling at the officers, and I spit at them."

11. A review of ALEXANDER JAY BOYCE's criminal history revealed no arrests or convictions.

## Conclusion

12.  Based on the foregoing, I have probable cause to believe ALEXANDER JAY BOYCE willfully committed Assault on a Federal Officer, in violation of 18 U.S.C § 111. I therefore request that the Court issue a criminal complaint and an arrest warrant for ALEXANDER JAY BOYCE.

13.  Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
TRAVIS VAS
Special Agent, FPS

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:42 p.m. on October 6, 2025.

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge