Mark Ahlemeyer, OSB No. 095997
Office of the Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
mark_ahlemeyer@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ALEXANDER BOYCE,<br><br>           Defendant. | Case No. 3:25-mj-00288-1<br><br>UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |

Defendant Alexander Boyce, through his attorney, Mark Ahlemeyer, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for November 6, 2025, for a period of approximately 30 days to December 8, 2025, or a date thereafter convenient to the Court. This motion is based on the need to conduct pre-indictment investigation and negotiations.

No continuances have been sought by the defense. I have contacted Assistant United States Attorney Christopher L. Cardani and he has no objection to the requested continuance.

Page 1    UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

This continuance constitutes excludable delay to December 8, 2025, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Boyce in a speedy trial because the additional time is necessary to afford defense counsel sufficient time to complete discovery, investigate the case, conduct research, negotiate settlement terms with the government, and consult with Mr. Boyce. Mr. Boyce acknowledges his right to a speedy trial under the Speedy Trial Act, including his right to be indicted within 30 days of his first appearance, and agrees that this motion will result in excludable delay under the Act.

Respectfully submitted on October 29, 2025.

      /s/ Mark Ahlemeyer
Mark Ahlemeyer
Attorney for Defendant